UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN M. CALATI,

       Plaintiff,

v.

TEAM REHABILITATION
SERVICES, LLC, *et al.*,

       Defendants.

Case No. 26-cv-11286
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING PLAINTIFF LEAVE
### TO FILE A FIRST AMENDED COMPLAINT

On March 30, 2026, Plaintiff John M. Calati filed this action against Defendants Team Rehabilitation Services, LLC and Team Rehabilitation SCS, LLC. (*See* Compl., ECF No. 1, PageID.9-28.)  The Defendants have now filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 3.)  One of bases for dismissal is that Calati has failed to plead sufficient facts in support of at least some of his claims. (*See id.*)

Without expressing any view regarding the merits of the motion to dismiss, the Court will grant Calati the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by the Defendants in the motion to dismiss.  The Court does not anticipate allowing Calati another opportunity to amend to add factual allegations that he could now include in a First

1

Amended Complaint.  Simply put, this is Calati's opportunity to allege any and all additional facts, currently known to him, that may cure the alleged deficiencies in his claims.

By **May 18, 2026**, Calati shall file a notice on the docket in this action notifying the Court and the Defendants whether he will be filing a First Amended Complaint.  If Calati provides notice that he will be filing a First Amended Complaint, he shall file that amended pleading by no later than **May 29, 2026**.  If Calati provides notice that he will not be filing a First Amended Complaint, he shall file a response to Defendants' pending motion to dismiss by no later than **May 29, 2026**.

Finally, if Calati provides notice that he will be filing an amended pleading, the Court will terminate without prejudice Defendants' motion to dismiss as moot. The Defendants may re-file a motion to dismiss directed at the First Amended Complaint if Defendants believe that such a motion is appropriate after reviewing that pleading.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 6, 2026

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126