UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN M. CALATI,

       Plaintiff,

v.

TEAM REHABILITATION
SERVICES, LLC, *et al.*,

       Defendants.

Case No. 26-cv-11286
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 3) WITHOUT PREJUDICE

On March 30, 2026, Plaintiff John M. Calati filed this action against Defendants Team Rehabilitation Services, LLC and Team Rehabilitation SCS, LLC. (*See* Compl., ECF No. 1, PageID.9-28.)  The Defendants then filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (*See* Mot. to Dismiss, ECF No. 3.)

On May 6, 2026, without expressing any view regarding the merits of the motion to dismiss, the Court granted Calati the opportunity to file a First Amended Complaint in order to remedy the alleged deficiencies in his claims identified by the Defendants in the motion to dismiss.  The Court informed the parties that if Calati decided to file such an amended pleading, it would terminate the Defendants' currently-pending motion to dismiss without prejudice. (*See id.*)

1

On May 15, 2026, Calati filed a notice that he intends to file a First Amended Complaint. (*See* Notice, ECF No. 6.)  Accordingly, the Court **TERMINATES** the Defendants' now-pending motion to dismiss (ECF No. 3) **WITHOUT PREJUDICE**.   The Defendants may re-file a motion to dismiss directed at the First Amended Complaint if the Defendants believe that such a motion is appropriate after reviewing that pleading.

    **IT IS SO ORDERED.**

                    s/Matthew F. Leitman
                    MATTHEW F. LEITMAN
                    UNITED STATES DISTRICT JUDGE

Dated:  May 19, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 19, 2026, by electronic means and/or ordinary mail.

                    s/Holly A. Ryan
                    Case Manager
                    (313) 234-5126